# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT ALLEN TRIBBLE JR.**,
Appellant,

v.

**CLYDE MCPHATTER, MAURICE SYMONETTE, LEROY WILLIAMS** and **JPMORGAN CHASE BANK, N.A.**,
Appellee.

No. 4D18-457

[July 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE16009494.

Robert Allen Tribble Jr., Stuart, pro se.

William D. Mueller, Elliot B. Kula, and W. Aaron Daniel of Kula & Associates, P.A., Miami, for appellee JP Morgan Chase Bank.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***